FORM B1
(Official Form 1) (9/97)

| UNITED STATES BANKRUPTCY COURT | Northern DISTRICT OF Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor(If individual, enter Last, First, Middle): Brewer, Douglas W. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): Douglas Brewer | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): *Chapter 13W/Plan* |
| Soc. Sec./Tax I.D. No. (If more than one, state all): XXX-XX-6583 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): 64 Hills and Dales Road Barrington, IL 60010-5141 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) SAME | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (If different from addresses listed above)   NOT APPLICABLE | |

## Information Regarding the Debtor  (Check the Applicable Boxes)

**Venue:** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
- ■ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ■ Consumer/Non-business
- ☐ Business

**Filing Fee** (Check one box)
- ■ Filing fee attached.
- ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

**Chapter 11, Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

## Statistical/Administrative Information (Estimates Only)

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses [ ] no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000 $100 n |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Estimated Debts** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000 $100 : |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/05/2004
Time: 15:15:25
Debtor: DOUGLAS W BREWER
Case: 04-29066     Fee : 194
Chapter: 13 Rec. # : 3094523
Judge: Carol Doyle
341 mtg: 09/01/2004 @ 02:30PM
ConfHrg: 09/23/2004 @ 11:00AM
Trustee: MARILYN MARSHALL

1:04BK29066-BK001



(Official Form 1) (9/97)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Douglas W. Brewer | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x _Douglas W Brewer_
   Signature of Debtor

x _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)
   Date: 08/02/04

**Signature(s) of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x _____
   Signature of Authorized Individual

   _____
   Print or Type Name of Authorized Individual

   _____
   Title of Authorized Individual by Debtor to File this Petition
   Date:

### Signature of Attorney

x _Dennis G. Knipp_
   Signature of Attorney for Debtor(s)

Dennis G. Knipp   ARDC # 1491628
   Printed Name of Attorney for Debtor(s)
Dennis G. Knipp
   Firm Name
PMB 142, 8926 N. Greenwood Ave.
   Address
Niles, IL 60714

847-562-0729
   Telephone Number
   Date: 08/02/04

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

x _Dennis G. Knipp_   08/02/04
   Signature of Attorney for Debtor(s)   Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

   _____
   Printed Name of Bankruptcy Petition Preparer

   _____
   Social Security Number

   _____
   Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

x _____
   Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. § 110; 18 U.S.C. §156.

Blumberg Excelsior Publishing 200E 10013

Form B6 SUM W (11-95)

# UNITED STATES BANKRUPTCY COURT    Northern **DISTRICT OF** Illinois

In re: Douglas W. Brewer                                     **Chapter 13**

                                          Debtor(s)  Case No.                    (if known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | 650,000.00 | | |
| B - Personal Property | X | 4 | 22,000.00 | | |
| C - Property Claimed as Exempt | X | 2 | | | |
| D - Creditors Holding Secured Claims | X | 2 | | 440,747.72 | |
| E - Creditors Holding Unsecured Priority Claims | X | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 3 | | 6,968.49 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | 9,365.00 |
| J - Current Expenditures of Individual Debtor(s) | X | 1 | | | 7,980.00 |
| Total Number of Sheets of All Schedules | | 17 | | | |
| Total Assets | | | 672,000.00 | | |
| Total Liabilities | | | | 447,716.21 | |

Form B6 A W (12-95)

Blumberg Excelsior Publisher NYC 10013

In re: Douglas W. Brewer                                          Debtor(s)    Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor's Residence: Single Family Dwelling 64 Hills and Dales Road Barrington, IL 60010-5141 | Ownership Interest | J | 650,000.00 | 435,492.17 |
| | | | | |
| | | Total -> | 650,000.00 | (Report also on Summary of Schedules) |

Blumberg Excelsior, Publisher, NYC 10013

Blumberg's Law Products

**Form B6 B W (11-95)**

In re: Douglas W. Brewer                                  Debtor(s)   Case No.                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1   Cash on hand | | Cash on Hand ($2,694.00 Advanced as Legal Fees and Court Filing Fees to Dennis G. Knipp) | | 3,000.00 |
| 2   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Parkway Bank Elk Grove Village, IL 60007 | | 300.00 |
| 3   Security Deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4   Household goods and furnishings including audio, video, and computer equipment. | | TV and Furniture | | 3,000.00 |
| 5   Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6   Wearing apparel. | | Clothing | | 1,000.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)          Total ->   $

____X____ continuation sheets attached

Blumberg Exceisior Publisher NYC 10013

Form B6 B W (11-95)

In re: Douglas W. Brewer                                    Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7  Furs and jewelry. | | Jewelry | | 500.00 |
| 8  Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Guardian Life Insurance | | |
| 10  Annuities. Itemize and name each issuer. | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12  Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13  Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15  Accounts receivable. | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)      Total ->   | $

___X___ continuation sheets attached

Form B6 B W (11-95)

In re: Douglas W. Brewer

Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19  Contingent and non-contingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21  Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22  Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 GMC Savana High Mileage | J | 9,000.00 |
| | | 1995 Pontiac Bonneville High Mileage Poor Condition | | 1,200.00 |
| | | 1994 Isuzu Amigo Poor Condition High Mileage | | 1,000.00 |
| | | 1976 Chevrolet Camaro | | 3,000.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total ->    $

___X___ continuation sheets attached

Blumberg Excelsior, Publisher NYC 10013

Form B6 B W (11-95)

In re: Douglas W. Brewer                                    Debtor(s)   Case No.                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24 Boats, motors, and accessories. | X | | | |
| 25 Aircraft and accessories. | X | | | |
| 26 Office equipment, furnishings, and supplies. | X | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28 Inventory. | X | | | |
| 29 Animals. | X | | | |
| 30 Crops-growing or harvested. Give particulars. | X | | | |
| 31 Farming equipment and implements. | X | | | |
| 32 Farm supplies, chemicals and feed. | X | | | |
| 33 Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   $   22,000.00

_____   continuation sheets attached

Form B6 C W (11-95)

In re: Douglas W. Brewer                                      Debtor(s)  Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

- ☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d). Note: These exemptions are available only in certain states.
- ☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Debtor's Residence: Single Family Dwelling 64 Hills and Dales Road Barrington, IL 60010-5141 | 735 ILCS 5/12-901 | 7,500.00 | 650,000.00 |
| Cash on Hand ($2,694.00 Advanced as Legal Fees and Court Filing Fees to Dennis G. Knipp) | 735 ILCS 5/12-1001(b) | 1,200.00 | 3,000.00 |
| TV and Furniture | 735 ILCS 5/12-1001(b) | 800.00 | 3,000.00 |
| Clothing | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |

Form B6 C W (11-95)

In re: Douglas W. Brewer                    Debtor(s)  Case No.                (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Jewelry | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| Life Insurance Guardian Life Insurance | 735 ILCS 5/12-1001(h)(3) | | |
| 2000 GMC Savana High Mileage | 735 ILCS 5/12-1001(c) | 1,200.00 | 9,000.00 |

Form B6 D W (11-95)

In re: Douglas W. Brewer                                          Debtor(s)   Case No.                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | CUD* |
|---|---|---|---|---|---|---|
| **A/C #  0617211583** ABN AMRO Mortgage Group,Inc. 7159 Corklan Drive Jacksonville, FL 32258-4455 | | J | VALUE $     650,000.00 First Mortgage on Residence: 64 Hills and Dales Road Barrington Hills, IL 60010-5141 | 209,643.00 | 0.00 | |
| **A/C #  0617211583** ABN AMRO Mortgage Group,Inc. 7159 Corklan Drive Jacksonville, FL 32258-4455 | | J | VALUE $     650,000.00 First Mortgage Arrearage on Residence: 64 Hills and Dales Road Barrington Hills, IL 60010-5141 | 39,239.25 | 0.00 | |
| **A/C #  03CH16898** ABN Amro Mortgage Group c/oJaros,Tittle,&O'Toole,Ltd. 20 North Clark Street Suite 510 Chicago, IL 60602 | | | VALUE $     0.00 For Notification Purposes First Mortgage on Residence: 64 Hills and Dales Road Barrington Hills, IL 60010-5141 | 0.00 | 0.00 | |
| **A/C #  1300727604** American Business Credit One Presidential Blvd. Suite 210 Bala Cynwyd, PA 19004 | | J | VALUE $     650,000.00 Second Mortgage Arrearage on Residence: 64 Hills and Dales Road Barrington Hills, IL 60010-5141 | 11,609.92 | 0.00 | |
| **A/C #  1300727604** American Business Credit One Presidential Blvd. Suite 210 Bala Cynwyd, PA 19004 | | J | VALUE $     650,000.00 Second Mortgage on Residence: 64 Hills and Dales Road Barrington Hills, IL 60010-5141 | 175,000.00 | 0.00 | |
| **A/C #  1300727604** American Business Credit P.O. Box 41415 Philadelphia, PA 19101-9386 | | | VALUE $     0.00 For Notification Purposes Second Mortgage on Residence: 64 Hills and Dales Road Barrington Hills, IL 60010-5141 | 0.00 | 0.00 | |
| **A/C #  00519901382625** Bank One Loan Servicing P. O. Box 901008 Fort Worth, TX 76101-2008 | | J | VALUE $     9,000.00 Vehicle Loan 2000 GMC Savana Interest Rate: 19.75% | 5,255.55 | 0.00 | |

|  | Subtotal -> (Total of this page) | 440,747.72 |
|---|---|---|
|  | Total -> | |

___X___ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)

Blumberg Excelsior, Bumber of Poly 210013

Form B6 D W (11-95)

In re: Douglas W. Brewer                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 01-10-202-0320000 | | | VALUE $        0.00 | 0.00 | 0.00 | |
| Cook County Treasurer Law Department 118 N. Clark Street, Room 212 Chicago, IL 60602 | | | For Notification Purposes 2001 Sold R/E Taxes-Debtor's Residence Debtor Responsible for Redemption Outside the Plan | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

|  | Subtotal -> (Total of this page) | 0.00 |
|---|---|---|
|  | Total -> | 440,747.72 |

_____Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)

Form B6 E W (Rev 4/98)

In re: Douglas W. Brewer            Debtor(s)  Case No.        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extentprovided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | 0.00 | | |
| X Continuation Sheets attached. | | | Total -> (use only on last page of the completed Schedule E.) | | | |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)

FORM B6F(Official Form6F) (9/97)

In re: Douglas W. Brewer ,                               Case No. _____
        Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P38209/XOF6583<br>Advocate Good Shepherd Hosp.<br>450 West Highway 22<br>Barrington, IL 60010 | | | Medical Services<br>Multiple Account Numbers<br>Multiple Service Dates | | | | 3,835.98 |
| ACCOUNT NO. P38209/XOF6583<br>Advocate Good Shepherd Hosp.<br>c/o Illinois Collection Serv.<br>P.O. Box 646<br>Oak Lawn, IL 60454-0646 | | | For Notification Purposes<br>Debt Collection<br>Medical Services | | | | 0.00 |
| ACCOUNT NO. P38209/XOF6583<br>Advocate Good Shepherd Hosp.<br>c/o NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | | | For Notification Purposes<br>Debt Collection<br>Medical Services | | | | 0.00 |
| ACCOUNT NO. P38209/XOF6583<br>Advocate Good Shepherd Hosp.<br>c/oMedicalRecovery Specialists<br>2200 East Devon Avenue<br>Suite 288<br>Des Plaines, IL 60018-4519 | | | For Notification Purposes<br>Debt Collection<br>Medical Services<br>File # 5745903 | | | | 0.00 |
| ACCOUNT NO. 00081000/2214464<br>Advocate Medical Group #12<br>c/o Malcolm S. Gerald & Assc.<br>332 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60604 | | | Debt Collection<br>Medical Services<br>File #'s 2334286<br>& 2370453 | | | | 195.00 |

                                                                                    Subtotal  $   4,030.98
                        X                                                           Total     $
            ___ continuation sheets attached.                  (Use only on last page of completed Schedule F.)

FORM B6F

In re: **Douglas W. Brewer** ,   Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. A0033400486 <br> Alexian Brothers Medical Ctr. <br> c/o Illinois Collection Serv. <br> P.O. Box 646 <br> Oak Lawn, IL 60454-0646 | | | Debt Collection <br> Medical Services <br> Acct. #'s A0033400486 <br> & A0322800483 <br> Acct. #'s 6642619 <br> & 4247068 | | | | 263.76 |
| ACCOUNT NO. 4216668986 <br> Barrington Radiology and <br> Imaging Associates <br> P.O. Box 71129 <br> Chicago, IL 60694 | | | Medical Services <br> Acct. #'s 4216668986, <br> 4217865901, 426041933, <br> & 422528231 | | | | 138.20 |
| ACCOUNT NO. 4216668986 <br> Barrington Radiology and <br> Imaging Associates <br> c/o Illinois Collection Serv. <br> P.O. Box 646 <br> Oak Lawn, IL 60454-0646 | | | For Notification Purposes <br> Debt Collection <br> Medical Services | | | | 0.00 |
| ACCOUNT NO. 157-2019 <br> Emergency & Ambulatory Care <br> Consultants-Alexian <br> c/o Medical Collections System <br> 725 S. Wells St., Suite 700 <br> Chicago, IL 60607 | | | Debt Collection <br> Medical Services | | | | 123.00 |
| ACCOUNT NO. 348562-01M <br> Mercy Clinic <br> c/o United Credit Service,Inc. <br> 15 N. Lincoln St. <br> P.O. Box 740 <br> Elkhorn, WI 53121-0740 | | | Debt Collection <br> Medical Services | | | | 74.60 |
| ACCOUNT NO. 0509810101 <br> Nicor Gas <br> Attn:Bankruptcy and Collection <br> P.O. Box 549 <br> Aurora, IL 60507 | | | Gas Service | | | | 575.75 |
| ACCOUNT NO. 0509810101 <br> Nicor Gas <br> c/o NCO Financial Systems <br> 507 Prudential Road <br> Horsham, PA 19044 | | | For Notification Purposes <br> Debt Collection <br> Gas Service | | | | 0.00 |

Subtotal $ 1,175.31

Total $

__X__ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

Blumberg Excelsior, Publisher, NYC 10013

In re: __Douglas W. Brewer_____,   Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 126221838776 <br> Quest Diagnostics <br> P.O. Box 64500 <br> Baltimore, MD 21264-4500 | | | Medical Services <br> Acct. #'s 126221838776, <br> 12617043955, & <br> 12638777310 | | | | 34.00 |
| ACCOUNT NO. 12617043955 <br> Quest Diagnostics <br> c/oAmericanMedical Coll.Agency <br> 2269 S. Saw Mill River Road <br> Building 3 <br> Elmsford, NY 10523 | | | For Notification Purposes <br> Debt Collection <br> Medical Services <br> File # 1410819A14 | | | | 0.00 |
| ACCOUNT NO. 26042 <br> Rescue Medical Transport, LLC <br> c/o Keynote Consulting Inc. <br> 1501 W. Dundee Road <br> Suite 104 <br> Buffalo Grove, IL 60089 | | | Debt Collection <br> Medical Services | | | | 309.80 |
| ACCOUNT NO. B93632-1017596-03 <br> Tri-County ER Physicians <br> P.O. Box 369 <br> Barrington, IL 60010 | | | Medical Services <br> Acct. #'s <br> A512-0025203-04, <br> A512-0025203-05, <br> B90196-0024593-03, <br> & B93632-1017596-03 | | | | 508.20 |
| ACCOUNT NO. B93632-1017596-03 <br> Tri-County ER Physicians <br> c/o Medical Business Bureau <br> P.O. Box 1219 <br> Park Ridge, IL 60068-7219 | | | For Notification Purposes <br> Debt Collection <br> Medical Services | | | | 0.00 |
| ACCOUNT NO. 9818A-0000008378 <br> Woman to Woman <br> c/o Transworld Systems <br> 5880 Commerce Blvd. <br> Rohnert Park, CA 94928-1651 | | | Debt Collection <br> Medical Services | | | | 910.20 |
| ACCOUNT NO. | | | | | | | |

|  |  | Subtotal | $ | 1,762.20 |
|---|---|---|---|---|
|  |  | Total | $ | 6,968.49 |

_____ continuation sheets attached.   (Use only on last page of completed Schedule F.)

Blumberg Excelsior, Publisher NYC 10013

Form B6 G W (11-95)

In re: Douglas W. Brewer                                                Debtor(s)   Case No.                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

■ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
|  |  |

Blumberg Excelsior Publisher NYC 10013

**Form B6 H W (11-95)**

In re:   Douglas W. Brewer                                  Debtor(s)   Case No.                          (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Tammy L. Brewer<br>64 Hills and Dales Road<br>Barrington Hills, IL 60010-5141 | Bank One<br>Loan Servicing<br>P. O. Box 901008<br>Fort Worth, TX 76101-2008 |
| Tammy L. Brewer<br>64 Hills and Dales Road<br>Barrington Hills, IL 60010-5141 | American Business Credit<br>One Presidential Blvd.<br>Suite 210<br>Bala Cynwyd, PA 19004 |
| Tammy L. Brewer<br>64 Hills and Dales Road<br>Barrington Hills, IL 60010-5141 | ABN AMRO Mortgage Group, Inc.<br>7159 Corklan Drive<br>Jacksonville, FL 32258 |

Form B6 I W (11-95)

In re: Douglas W. Brewer

Debtor(s)   Case No.                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|
| Debtor's Marital Status | NAMES | AGE | RELATIONSHIP |
| Married | Tammy L. | 15 | Spouse |
| | Nicholas Gerger | | Son |
| | Bryce(11),Brenden(9),& Wesley(8) | | Sons |
| | Cameron(7),Grayson(4),& Logan(1) | | Sons |
| | Brianna | 5 | Daughter |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Chief Mechanical Engineer | Unemployed |
| Name of Employer | Innovative Engineering Group, Inc. | |
| How long employed | 1 Year | |
| Address of Employer | 205 West Grand Avenue, Suite 123 Bensenville, IL 60106 | |

Income:  (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.) | $ 10,000.00 | $ 0.00 |
| Estimate monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | $ 10,000.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 1,458.00 | 0.00 |
| b. Insurance | 0.00 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | 0.00 | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,458.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 8,542.00 | $ 0.00 |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthly income (Specify) | | |
| Child Support for Nicholas Gerger | 0.00 | 823.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | $ 8,542.00 | $ 823.00 |
| | | |
| TOTAL COMBINED MONTHLY INCOME | $ 9,365.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6 J W (11-95)

In re: Douglas W. Brewer

Debtor(s)   Case No.   (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,537.83 |
| Are real estate taxes included? ☐ Yes ■ No   Is property insurance included? ☐ Yes ■ No | |
| Utilities  Electricity and Heating Fuel | 562.59 |
| Water and Sewer | 0.00 |
| Telephone | 100.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |
| Home maintenance (repairs and upkeep) | 100.00 |
| Food | 850.00 |
| Clothing | 200.00 |
| Laundry and dry cleaning | 75.00 |
| Medical and dental expenses | 0.00 |
| Transportation (not including car payments) | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 0.00 |
| Charitable contributions | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | 300.00 |
| Life | 63.00 |
| Health | 0.00 |
| Auto | 140.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  Real Estate Taxes | 1,184.00 |
| | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ |
| Auto | $ 0.00 |
| Other Second Mortgage | 2,467.58 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Alimony, maintenance, and support paid to others | 0.00 |
| Payments for support of additional dependents not living at your home | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 0.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 7,980.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | 9,365.00 |
| B. Total projected monthly expenses | 7,980.00 |
| C. Excess income (A minus B) | $ 1,385.00 |
| D. Total amount to be paid into plan each Month | $ 1,385.00 |
| (Interval) | |

Form 7W Stmt. of Financial Affairs (12-95)

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

## Northern DISTRICT OF Illinois

In re: Douglas W. Brewer

Debtor(s)    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

NONE

☐  **1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|--------|---------|
| 35,000.00 | 2004 Year-to-Date Gross Income Debtor |
| 60,000.00 | 2003 Gross Income Debtor |
| 0.00 | 2002 Gross Income Debtor Unemployed |
| 0.00 | 2004 Year-to-Date Gross Income Spouse Unemployed |

**.1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

| AMOUNT | SOURCES |
|---|---|
| 0.00 | 2003 Gross Income Spouse Unemployed |

NONE
| | **2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 4,940.00 | 2004 Year-to-Date Gross Income Spouse Child Support for Nicholas Gerger |

NONE
|X| **3A. PAYMENTS TO CREDITORS**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **3B. PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| ¦ **4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ABN AMRO Mortgage Group, Inc. vs. Douglas W. Brewer & Tammy L. Brewer Case # 03CH16898 | Mortgage Forclosure | Circuit Court of Cook County Chancery Division | Pending |

NONE
|X| **4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **5. REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **6A. ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **6B. ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **7. GIFTS**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| | **9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Dennis G. Knipp<br>PMB 142<br>8926 N. Greenwood Ave.<br>Niles, IL 60714 | 07/04 | 2500.00 |

NONE
| | **10. OTHER TRANSFERS**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Donald Brewer<br>415 E. Walnut<br>Roselle, IL 60172<br>Relationship to Debtor:<br>Debtor's Brother | 3/1/04 | Single Family Dwelling<br>415 E. Walnut<br>Roselle, IL 60172<br>Value:$290,000.00<br>Sales Price:$290,000.00 |

NONE
|X| **11. CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **12. SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **13. SETOFFS**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **14. PROPERTY HELD FOR ANOTHER PERSON**

List all property owned by another person that the debtor holds or controls.

NONE
|X| **15. PRIOR ADDRESS OF DEBTOR**

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

**Unsworn Declaration SFA**
**W (11-95)**

In re:  **Douglas W. Brewer**

Debtor(s)   Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  08/02/04            Signature X _____
                                     Douglas W. Brewer                Debtor

Date _____         Signature _____
                                     (Joint Debtor, if any)
                          (if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.
X_____        _____
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
Continuation sheets attached

Date _____         Signature _____

                                     (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

**PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY:**
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

Form B8 (Official Form8) (9 /97)

## Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT**     Northern **DISTRICT OF** Illinois

In re: Douglas W. Brewer     Debtor(s)  Case No.
Chapter 13     (if known)

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of property**                **Creditor's name**

   *b. Property to Be Retained.*               *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| | | | | |

Date: 08/02/04

Douglas W. Brewer     Signature of Debtor

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B6 Cont. W (11-95)

In re: **Douglas W. Brewer**

                                              Debtor(s)   Case No.                   (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___eighteen___ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **08/02/04**

Signature _____

                        **Douglas W. Brewer**      Debtor

Date

Signature _____

                                  (Joint Debtor, if any)

(if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security Number

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____       _____
    Signature of Bankruptcy Petition Preparer                  Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines
or imprisonment or both.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership) of the _____ (corporation or partnership)
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____               Signature _____

                                      (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. § 152 and 3571.

Blumberg copyright Publisher AVS 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT    Northern **DISTRICT OF**    Illinois

In re: Douglas W. Brewer

Debtor(s)    Case No.    (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this Case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a) for legal services rendered or to be rendered in comtemplation of and in connection
        with this case      $    2,700.00
    (b) prior to filing this statement, debtor(s) have paid      $    2,500.00
    (c) the unpaid balance due and payable is      $    200.00

(3) $     194.00     of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and
No Exceptions

(6) The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and
No Exceptions

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
No Exceptions

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:
No Exceptions

Dated:    08/02/04      Respectfully submitted, Dennis G. Knipp      **Attorney for Petitioner**

Attorney's name and address Dennis G. Knipp PMB 142, 8926 N. Greenwood Ave.,Niles,IL60714

JD92Clerk's Notice.W(4-96)                    Blumberg: Qsse Publisher, NYC 10013

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the
federal Bankruptcy Code under which you may file a bankruptcy petition. The
bankruptcy law is complicated and not easily described. Therefore, you
should seek the advice of an attorney to learn of your rights and
responsibilities under the law should you decide to file a petition with the
court.  Court employees are prohibited from giving you legal advice.

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt
under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to
priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to
have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by
the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law, Therefore, you may still be
responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution and debts for death or
personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your
attorney can explain the options that are available to you.

1.   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would
like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain
dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using
your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan
must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you
continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student
loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated
from alcohol or drugs, and long term secured obligations.

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions
are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney .

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many
ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a
family owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 08/02/04 | X _(signature)_ | |
| DATE | SIGNATURE OF DEBTOR | CASE NUMBER |

Douglas W. Brewer - Debtor
64 Hills and Dales Road
Barrington, IL 60010-5141

Dennis G. Knipp
Attorney for Debtor
PMB 142
8926 N. Greenwood Ave.
Niles, IL 60714

ABN AMRO Mortgage Group,Inc.
7159 Corklan Drive
Jacksonville, FL 32258-4455

ABN Amro Mortgage Group
c/oJaros,Tittle,&O'Toole,Ltd.
20 North Clark Street
Suite 510
Chicago, IL 60602

Advocate Good Shepherd Hosp.
450 West Highway 22
Barrington, IL 60010

Advocate Good Shepherd Hosp.
c/o Illinois Collection Serv.
P.O. Box 646
Oak Lawn, IL 60454-0646

Advocate Good Shepherd Hosp.
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Advocate Good Shepherd Hosp.
c/oMedicalRecovery Specialists
2200 East Devon Avenue
Suite 288
Des Plaines, IL 60018-4519

Advocate Medical Group #12
c/o Malcolm S. Gerald & Assc.
332 South Michigan Avenue
Suite 600
Chicago, IL 60604

Alexian Brothers Medical Ctr.
c/o Illinois Collection Serv.
P.O. Box 646
Oak Lawn, IL 60454-0646

American Business Credit
One Presidential Blvd.
Suite 210
Bala Cynwyd, PA 19004

American Business Credit
P.O. Box 41415
Philadelphia, PA 19101-9386

Bank One
Loan Servicing
P. O. Box 901008
Fort Worth, TX 76101-2008

Barrington Radiology and
Imaging Associates
P.O. Box 71129
Chicago, IL 60694

Barrington Radiology and
Imaging Associates
c/o Illinois Collection Serv.
P.O. Box 646
Oak Lawn, IL 60454-0646

Cook County Treasurer
Law Department
118 N. Clark Street, Room 212
Chicago, IL 60602

Emergency & Ambulatory Care
Consultants-Alexian
c/o Medical Collections System
725 S. Wells St., Suite 700
Chicago, IL 60607

Mercy Clinic
c/o United Credit Service,Inc.
15 N. Lincoln St.
P.O. Box 740
Elkhorn, WI 53121-0740

Nicor Gas
Attn:Bankruptcy and Collection
P.O. Box 549
Aurora, IL 60507

Nicor Gas
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Quest Diagnostics
P.O. Box 64500
Baltimore, MD 21264-4500

Quest Diagnostics
c/oAmericanMedical Coll.Agency
2269 S. Saw Mill River Road
Building 3
Elmsford, NY 10523

Rescue Medical Transport, LLC
c/o Keynote Consulting Inc.
1501 W. Dundee Road
Suite 104
Buffalo Grove, IL 60089

Tri-County ER Physicians
P.O. Box 369
Barrington, IL 60010

Tri-County ER Physicians
c/o Medical Business Bureau
P.O. Box 1219
Park Ridge, IL 60068-7219

Woman to Woman
c/o Transworld Systems
5880 Commerce Blvd.
Rohnert Park, CA 94928-1651