IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brewer, Douglas W

Printed: 6/10/08

Case Number: 04 B 29066
Judge: Wedoff, Eugene R
Filed: 8/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: May 9, 2008
Confirmed: October 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 81,160.00 |  |
| Secured: |  | 76,366.24 |
| Unsecured: |  | 87.31 |
| Priority: |  | 0.00 |
| Administrative: |  | 200.00 |
| Trustee Fee: |  | 4,199.40 |
| Other Funds: |  | 307.05 |
| Totals: | 81,160.00 | 81,160.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 200.00 | 200.00 |
| 2. | Cenlar Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Cenlar Federal Savings Bank | Secured | 69,649.62 | 69,649.62 |
| 5. | JP Morgan Chase Bank | Secured | 297.98 | 297.98 |
| 6. | Bank One | Secured | 6,418.64 | 6,418.64 |
| 7. | Mercy Hospital | Unsecured | 87.31 | 87.31 |
| 8. | Advocate Medical Group S.C. | Unsecured |  | No Claim Filed |
| 9. | Barrington Radiology | Unsecured |  | No Claim Filed |
| 10. | Alexian Brothers Medical Center | Unsecured |  | No Claim Filed |
| 11. | Women's Workout World | Unsecured |  | No Claim Filed |
| 12. | Emergency & Ambulatory | Unsecured |  | No Claim Filed |
| 13. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 14. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 15. | Rescue Medical Transport, LLC | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Tri County Emer Physician Ltd | Unsecured |  | No Claim Filed |
|  |  |  | $ 76,653.55 | $ 76,653.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 833.29 |
| 4% | 240.89 |
| 3% | 181.14 |
| 5.5% | 994.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brewer, Douglas W | Case Number: 04 B 29066 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 8/5/04 |

|   |   |
|---|---|
| 5% | 301.71 |
| 4.8% | 579.27 |
| 5.4% | 1,068.83 |
| | _____ |
| | $ 4,199.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____